STATE v. CRENSHAW

No. 16P96

Case below: 121 N.C.App. 217

Petition by defendant (Pro Se) for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996. Petition by defendant (Pro Se) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 February 1996.

STATE v. DAMMONS

No. 556P95

Case below: 121 N.C.App. 61

Petition by Attorney General for writ of supersedeas and motion for temporary stay denied 27 December 1995.

STATE v. HAMILTON

No. 517P95

Case below: 121 N.C.App. 217

Motion by Attorney General for temporary stay allowed 12 December 1995 pending receipt and determination of a timely filed petition for discretionary review. Petition by Attorney General for writ of supersedeas denied and temporary stay dissolved 8 February 1996. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

STATE v. HARMON

No. 20P96

Case below: 121 N.C.App. 218

Petition by defendant for writ of certiorari to review the decision of the Court of Appeals denied 8 February 1996.

STATE v. HINTON

No. 445P95

Case below: 120 N.C.App. 408

Petition by defendant (Pro Se) for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.